In the United States District Court
for the Southern District of Georgia
Brunswick Division

CHARLOTTE W. WOOD, : CIVIL ACTION
individually and as
Executrix of the Estate :
of JAMES A. WOOD,
 :
    Plaintiff,
 :
    v.
 :
CSX TRANSPORTATION, INC.,
 :
    Defendant. NO. CV294-008

## O R D E R

The stay entered in this case pending appeal to the Eleventh Circuit, regarding whether liability could be grounded upon clothing exposure to asbestos fibers, is hereby **LIFTED**. See Doc. No. 26; Williams v. Owens-Corning Fiberglas Corp., 405 F.3d 1291, 1292-93 (11th Cir. 2005).

    **SO ORDERED**, this 19th day of July, 2005.

                                  JUDGE, UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA

(Rev. 8/82)